■ VICKI L. SIMON et al., Respondents, v GREGORY C. GERES, JR., et al., Defendants, and HILARY GRAY, Appellant. [666 NYS2d 496] —Appeal by the defendant Hilary Gray from stated portions of an order of the Supreme Court, Rockland County (Sherwood, J.), dated December 19, 1996.

Ordered that the order is affirmed insofar as appealed from,

with costs, for reasons stated by Justice Sherwood at the Supreme Court. Bracken, J. P., Copertino, Thompson and Luciano, JJ., concur.